**NOT FOR PUBLICATION**        **CLOSED**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD ALEXANDER MCEWEN, IV<br><br>    Plaintiff,<br><br>v.<br><br>MERCER COUNTY CORRECTION CENTER, et al.,<br><br>    Defendants. | Civil Action No. 05-2566 (JAP)<br><br>**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |

This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Tonianne J. Bongiovanni, filed on April 5, 2007; the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter and for good cause having been shown, **IT IS**

**ON** this 23rd day of April, 2007,

**ORDERED** that the Report and Recommendation of Magistrate Judge Bongiovanni filed on April 5, 2007, recommending that Plaintiff's complaint be dismissed with prejudice is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's complaint is dismissed; and it is further

**ORDERED** that this case is closed.

**SO ORDERED.**

                                                      /s/ Joel A. Pisano\
                                                      JOEL A. PISANO, U.S.D.J.